

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | Violations: Title 18, United States Code, Section 371, and Title 26, United States Code, Sections 7201 and 7203 |
| ROBERT DOMINIC, also known as "Bobby" | |

1:25-cr-00106
Judge Elaine E. Bucklo
Magistrate Judge Gabriel A. Fuentes
RANDOM / CAT.4

## COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

1. At times material to this indictment:

   a. The Internal Revenue Service ("IRS") was part of the United States Department of the Treasury and, among other things, was responsible for administering the tax laws of the United States and collecting taxes from individuals and entities.

   b. Corporations were required to file an annual United States Corporation Income Tax Return, Form 1120, including schedules and attachments, with the IRS by a date certain. Corporations filed a Form 1099 with the IRS to report non-employee compensation.

   c. Partnerships were required to file annual information with the IRS reporting the partnership's income, deductions, gains, and losses, and sent information to the IRS on each partner's partnership income through a Form 1065 and reported non-employee compensation through filing a Form 1099.

d. Individual taxpayers were required to file an annual United States Individual Income Tax Return, Form 1040, including schedules and attachments, with the Internal Revenue Service by a date certain, if the individual's gross income exceeded certain specified amounts. A taxpayer's total income included income received from a corporation and partnership, including income in the form of wages, compensation, dividends, and capital gains.

### Relevant Entities and Individuals

e. Defendant ROBERT DOMINIC, also known as "Bobby," was a resident of the Northern District of Illinois.

f. Company 1 was a corporation formed under the laws of the State of Illinois that operated video gambling devices that allowed customers to wager money through what were described as "sweepstakes" contests. Company 1 was incorporated in the State of Illinois on or about August 30, 2013.

g. Company 2 was a partnership that operated video gambling devices that allowed customers to wager money through what were described as "sweepstakes" contests. Company 2 was formed on or about September 3, 2014.

h. Company 3 was a corporation formed under the laws of the State of Illinois that operated video gambling devices that allowed customers to wager money through what were described as "sweepstakes" contests. Company 3 was incorporated in the State of Illinois on or about August 27, 2018.

i. Sham Company A was a company formed under the laws of the State of Illinois. Sham Company A was formed on or about October 23, 2013.

Individual A was DOMINIC's girlfriend and the sole member of Sham Company A. Between in on or around October 2014, and in or around January 2020, Sham Company A held a third of the common stock of Company 1 and a twenty-five percent interest in Company 2. As a result of Sham Company A's interests in Company 1 and Company 2, Sham Company A received regular payments from Company 1 and Company 2 that totaled approximately $891,975 for the time period between in or around October 2014 and in or around January 2020. On or about January 4, 2020, Individual A passed away.

j. Sham Company B was a corporation formed under the laws of the State of Illinois on or about February 19, 2020. Individual B was the sole shareholder of Sham Company B, and prior to September 30, 2024, was DOMINIC's girlfriend. On or about March 30, 2021, the stock certificate for Sham Company B was amended to reflect that all shares were to transfer to DOMINIC upon Individual B's death.

2. Between in or around October 2014, and in or around January 2020, Sham Company A and Individual A did not provide any consideration, did not do any work, and did not perform any services or provide any value to Company 1 or Company 2 in return for the ownership interests and payments received from Company 1 and Company 2 during this time period.

3. Between in or around February 2020, and in or around 2022, Sham Company B and Individual B did not provide any consideration, did not do any work, and did not perform any services or provide any value to Company 1 or Company 2

3

in return for payments received from Company 1 and Company 2 during this time period.

4. Between in or around October 2014, and in or around 2022, DOMINIC worked for and provided services to Company 1, Company 2, and Company 3 in connection with their business operations.

5. Between in or around 2014 and continuing until at least in or around 2022, DOMINIC did not file a United States Individual Tax Return, Form 1040.

6. Between in or around 2020 and the date of the return of this indictment, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT DOMINIC,
also known as "Bobby,"

defendant herein, did willfully and knowingly conspire and agree with Individual B, and others known and unknown to the Grand Jury, to defraud the United States by impeding, impairing, obstructing and defeating the lawful government functions of the Department of Treasury, in particular, the Internal Revenue Service, in the ascertainment, computation, assessment, and collection of the revenue: specifically, income taxes.

7. It was part of the conspiracy that DOMINIC used nominees to receive income on his behalf from Company 1, Company 2, and Company 3 to avoid disclosing DOMINIC's interest in these entities, avoid filing individual income tax returns, and reduce the taxes that would be collected by the IRS for income earned by DOMINIC.

8. It was further part of the conspiracy that, on or about February 19, 2020, shortly after Individual A's death, Individual B caused Sham Company B to be incorporated in the State of Illinois.

9. It was further part of the conspiracy that, on or about March 22, 2020, DOMINIC caused Company 1 and Company 2 to enter into a sham "consulting agreement" with Sham Company B as compensation for work and services performed by DOMINIC, including for work and services performed in or around 2018, so that DOMINIC could conceal and funnel payments due to himself through Sham Company B.

10. It was further part of the conspiracy that, between in or around March 25, 2020, and in or around September 22, 2021, DOMINIC caused Company 1 and Company 2 to send money earned by DOMINIC to Sham Company B in order to conceal DOMINIC's receipt of income from Company 1 and Company 2.

11. It was further part of the conspiracy that, for the tax years 2020 and 2021, DOMINIC and Individual B filed and caused to be filed corporate income tax returns that falsely claimed that Sham Company B had earned income from Company 1 and Company 2, when in truth, Sham Company B performed no services for Company 1 and Company 2.

12. It was further part of the conspiracy that, DOMINIC and Individual B caused false expense deductions to be taken on the corporate income tax return filed by Sham Company B for tax year 2020.

13. It was further part of the conspiracy that, in order to conceal his receipt of income, including income from Company 1 and Company 2, DOMINIC did not file individual income tax returns for tax years 2020 and 2021 and report any income for those tax years to the IRS.

14. It was further part of the conspiracy that on or about September 30, 2024, (i) after Individual B had been subpoenaed to testify before the November 2023 Grand Jury, (ii) shortly after Individual B had been informed in writing through her attorney that the government intended to seek an order from the Chief Judge of the United States District Court for the Northern District of Illinois that would compel Individual B to testify before the November 2023 Grand Jury, and (iii) several days before her scheduled appearance before the November 2023 Grand Jury on October 7, 2024, DOMINIC and Individual B (who at the time was approximately 80 years old) got married in order to prevent Individual B from testifying under oath before the November 2023 Grand Jury about DOMINIC, Sham Company B, the sham agreements entered into with Company 1 and Company 2, and DOMINIC's income.

15. It was further part of the conspiracy that DOMINIC and Individual B misrepresented, concealed and hid, and caused to be misrepresented, concealed, and hidden, the purposes of, and acts done in furtherance of, the conspiracy.

## Overt Acts

16. It was further part of the conspiracy that the defendant and Individual B committed one or more of the following acts, among others, in furtherance of and to effect the objects of the conspiracy:

a. On or about February 19, 2020, Articles of Incorporation for Sham Company B were filed with the State of Illinois.

b. On or about March 22, 2020, Company 1 entered into a "consulting agreement" with Sham Company B.

c. On or about March 22, 2020, Company 2 entered into a "consulting agreement" with Sham Company B.

d. On or about February 14, 2021, the IRS received a 2020 Form 1099 issued by Company 1 to Sham Company B in the amount of $120,000.

e. On or about February 14, 2021, the IRS received a 2020 Form 1099 issued by Company 2 to Sham Company B in the amount of $185,000.

f. On or about April 10, 2021, Sham Company B filed a false 2020 corporate income tax return which contained false expense deductions.

g. On or about April 6, 2022, the IRS received a 2021 Form 1099 issued by Company 1 to Sham Company B in the amount of $115,500.

h. On or about April 6, 2022, the IRS received a 2021 Form 1099 issued by Company 2 to Sham Company B in the amount of $154,000.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraph 1 through 5 of Count One of this indictment are incorporated here.

2. On or about January 1, 2020, and continuing through on or about May 17, 2021, in the Northern District of Illinois, Eastern Division,

ROBERT DOMINIC,
also known as "Bobby,"

defendant herein, did willfully attempt to evade and defeat the federal income tax due and owing by him to the United States for the calendar year 2020, by committing the following affirmative acts, among others:

    a. During calendar year 2020, DOMINIC caused Company 1 to pay Sham Company B income that DOMINIC had earned in order to conceal and avoid reporting his income to the Internal Revenue Service as set forth below:

| Check Date | Amount |
|---|---|
| 3/25/2020 | $3,000 |
| 4/1/2020 | $3,000 |
| 4/8/2020 | $3,000 |
| 4/15/2020 | $3,000 |
| 4/22/2020 | $3,000 |
| 4/29/2020 | $3,000 |
| 5/6/2020 | $3,000 |

| | |
|---|---|
| 5/13/2020 | $3,000 |
| 5/20/2020 | $3,000 |
| 5/27/2020 | $3,000 |
| 6/3/2020 | $3,000 |
| 6/10/2020 | $3,000 |
| 6/17/2020 | $3,000 |
| 6/24/2020 | $3,000 |
| 7/1/2020 | $3,000 |
| 7/8/2020 | $3,000 |
| 7/15/2020 | $3,000 |
| 7/22/2020 | $3,000 |
| 7/29/2020 | $3,000 |
| 8/5/2020 | $3,000 |
| 8/12/2020 | $3,000 |
| 8/19/2020 | $3,000 |
| 8/26/2020 | $3,000 |
| 9/2/2020 | $3,000 |
| 9/9/2020 | $3,000 |
| 9/16/2020 | $3,000 |
| 9/23/2020 | $3,000 |
| 9/30/2020 | $3,000 |
| 10/7/2020 | $3,000 |

| | |
|:---:|:---:|
| 10/14/2020 | $3,000 |
| 10/21/2020 | $3,000 |
| 10/28/2020 | $3,000 |
| 11/4/2020 | $3,000 |
| 11/10/2020 | $3,000 |
| 11/18/2020 | $3,000 |
| 11/25/2020 | $3,000 |
| 12/2/2020 | $3,000 |
| 12/9/2020 | $3,000 |
| 12/16/2020 | $3,000 |
| 12/23/2020 | $3,000 |

b. During calendar year 2020, DOMINIC caused Company 2 to pay Sham Company B income that DOMINIC had earned in order to conceal and avoid reporting his income to the Internal Revenue Service as set forth below:

| **Check Date** | **Amount** |
|:---:|:---:|
| 3/25/2020 | $4,000 |
| 4/1/2020 | $29,000 |
| 4/8/2020 | $4,000 |
| 4/15/2020 | $4,000 |
| 4/22/2020 | $4,000 |
| 4/29/2020 | $4,000 |

| | |
|---|---|
| 5/6/2020 | $4,000 |
| 5/13/2020 | $4,000 |
| 5/20/2020 | $4,000 |
| 5/27/2020 | $4,000 |
| 6/3/2020 | $4,000 |
| 6/10/2020 | $4,000 |
| 6/17/2020 | $4,000 |
| 6/24/2020 | $4,000 |
| 7/1/2020 | $4,000 |
| 7/8/2020 | $4,000 |
| 7/15/2020 | $4,000 |
| 7/22/2020 | $4,000 |
| 7/29/2020 | $4,000 |
| 8/5/2020 | $4,000 |
| 8/12/2020 | $4,000 |
| 8/19/2020 | $4,000 |
| 8/26/2020 | $4,000 |
| 9/2/2020 | $4,000 |
| 9/9/2020 | $4,000 |
| 9/16/2020 | $4,000 |
| 9/23/2020 | $4,000 |
| 9/30/2020 | $4,000 |

| | |
|---|---|
| 10/7/2020 | $4,000 |
| 10/14/2020 | $4,000 |
| 10/21/2020 | $4,000 |
| 10/28/2020 | $4,000 |
| 11/4/2020 | $4,000 |
| 11/10/2020 | $4,000 |
| 11/18/2020 | $4,000 |
| 11/25/2020 | $4,000 |
| 12/2/2020 | $4,000 |
| 12/9/2020 | $4,000 |
| 12/16/2020 | $4,000 |
| 12/23/2020 | $4,000 |

In violation of Title 26, United States Code, Section 7201.

## COUNT THREE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about May 17, 2021, in the Northern District of Illinois, Eastern Division,

ROBERT DOMINIC,
also known as "Bobby,"

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of the amount required to file an income tax return and thereby being required by law to file an income tax return (Form 1040 with schedules and attachments) following the close of calendar year 2020 and on or before May 17, 2021, willfully failed to make and file such return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

**COUNT FOUR**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

1. The allegations in paragraph 1 through 5 of Count One of this indictment are incorporated here.

2. Between on or about January 1, 2021, and continuing through on or about April 18, 2022, in the Northern District of Illinois, Eastern Division,

ROBERT DOMINIC,
also known as "Bobby,"

defendant herein, did willfully attempt to evade and defeat the federal income tax due and owing by him to the United States for the calendar year 2021, by committing the following affirmative acts, among others:

a. During calendar year 2021, DOMINIC caused Company 1 to pay Sham Company B income that DOMINIC had earned in order to conceal and avoid reporting his income to the Internal Revenue Service as set forth below:

| Check Date | Amount |
|---|---|
| 1/2/2021 | $3,000 |
| 1/6/2021 | $3,000 |
| 1/13/2021 | $3,000 |
| 1/20/2021 | $3,000 |
| 1/27/2021 | $3,000 |
| 2/3/2021 | $3,000 |
| 2/10/2021 | $3,000 |

| | |
|---|---|
| 2/17/2021 | $3,000 |
| 2/24/2021 | $3,000 |
| 3/3/2021 | $3,000 |
| 3/10/2021 | $3,000 |
| 3/17/2021 | $3,000 |
| 3/24/2021 | $3,000 |
| 3/31/2021 | $3,000 |
| 4/7/2021 | $3,000 |
| 4/14/2021 | $3,000 |
| 4/21/2021 | $3,000 |
| 4/28/2021 | $3,000 |
| 5/5/2021 | $3,000 |
| 5/12/2021 | $3,000 |
| 5/19/2021 | $3,000 |
| 5/26/2021 | $3,000 |
| 6/2/2021 | $3,000 |
| 6/9/2021 | $3,000 |
| 6/16/2021 | $3,000 |
| 6/23/2021 | $3,000 |
| 6/30/2021 | $3,000 |
| 7/7/2021 | $3,000 |
| 7/14/2021 | $3,000 |

| | |
|---|---|
| 7/21/2021 | $3,000 |
| 7/28/2021 | $3,000 |
| 8/4/2021 | $3,000 |
| 8/11/2021 | $3,000 |
| 8/18/2021 | $3,000 |
| 8/25/2021 | $3,000 |
| 9/1/2021 | $3,000 |
| 9/8/2021 | $3,000 |
| 9/15/2021 | $3,000 |
| 9/22/2021 | $1,500 |

      b.      During calendar year 2021, DOMINIC caused Company 2 to pay Sham Company B income that DOMINIC had earned in order to conceal and avoid reporting his income to the Internal Revenue Service as set forth below:

| **Check Date** | **Amount** |
|---|---|
| 1/2/2021 | $4,000 |
| 1/6/2021 | $4,000 |
| 1/13/2021 | $4,000 |
| 1/20/2021 | $4,000 |
| 1/27/2021 | $4,000 |
| 2/3/2021 | $4,000 |
| 2/10/2021 | $4,000 |

| Date | Amount |
|---|---|
| 2/17/2021 | $4,000 |
| 2/24/2021 | $4,000 |
| 3/3/2021 | $4,000 |
| 3/10/2021 | $4,000 |
| 3/17/2021 | $4,000 |
| 3/24/2021 | $4,000 |
| 3/31/2021 | $4,000 |
| 4/7/2021 | $4,000 |
| 4/14/2021 | $4,000 |
| 4/21/2021 | $4,000 |
| 4/28/2021 | $4,000 |
| 5/5/2021 | $4,000 |
| 5/12/2021 | $4,000 |
| 5/19/2021 | $4,000 |
| 5/26/2021 | $4,000 |
| 6/2/2021 | $4,000 |
| 6/9/2021 | $4,000 |
| 6/16/2021 | $4,000 |
| 6/23/2021 | $4,000 |
| 6/30/2021 | $4,000 |
| 7/7/2021 | $4,000 |
| 7/14/2021 | $4,000 |

| | |
|---|---|
| 7/21/2021 | $4,000 |
| 7/28/2021 | $4,000 |
| 8/4/2021 | $4,000 |
| 8/11/2021 | $4,000 |
| 8/18/2021 | $4,000 |
| 8/25/2021 | $4,000 |
| 9/1/2021 | $4,000 |
| 9/8/2021 | $4,000 |
| 9/15/2021 | $4,000 |
| 9/22/2021 | $2,000 |

In violation of Title 26, United States Code, Section 7201.

## COUNT FIVE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about April 18, 2022, in the Northern District of Illinois, Eastern Division,

ROBERT DOMINIC,
also known as "Bobby,"

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of the amount required to file an income tax return and thereby being required by law to file an income tax return (Form 1040 with schedules and attachments) following the close of calendar year 2021 and on or before April 18, 2022, willfully failed to make and file such return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Amarjeet S. Bhachu
on behalf of the
ACTING UNITED STATES ATTORNEY